# Court of Appeals
# of the State of Georgia

ATLANTA, June 29, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0487. DEEPAK KUMAR v. GARNETT N. ROCHON.**

On May 4, 2017, the trial court entered a Final Judgment and Decree of Adoption terminating Depak Kumar's parental rights to his biological child and permitting the mother's husband to adopt the child. Kumar filed an application for discretionary appeal from this order on June 6, 2017.[1]

Final orders of adoption may be appealed directly under OCGA § 5-6-34 (a) (1). *Rokowski v. Gilbert*, 275 Ga. App. 305, 305 (1) (620 SE2d 509) (2005). Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Because Kumar did not file his application until 33 days after the trial court's order, it is untimely.[2] Accordingly, this application is hereby DISMISSED for

---

[1] Kumar's application indicates that he also filed a Notice of Appeal in the trial court to directly appeal the order.

[2] Kumar states in his application that he timely filed this application, but it was returned because he filed two copies of the index rather than the application. He urges this Court to allow his late filing to relate back to the original filing date. However, the law is clear: The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). In addition, this Court will not grant an extension of time to file a discretionary application unless a motion for extension is filed on or before the application due date. Court of Appeals Rule 31

lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/29/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

(i).